UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JEFFREY T. MILLER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09CR3865-JTM |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING HEARING** |
| ERICA MEDINA-MARTINEZ, | ) | |
| Defendant. | ) | |

     **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for June 4, 2010, be rescheduled to **June 25, 2010 at 9:00 a.m.**

     **IT IS SO ORDERED.**

DATED:  May 26, 2010

_____

Hon. Jeffrey T. Miller
United States District Judge